UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KEISHA HOLMES                              :
                                           :
                      Plaintiff,           :           ORDER
                                           :
        -against-                          :     25 Civ. 5531 (GBD)
                                           :
SLADE ELEVATOR INC.                        :
                                           :
                      Defendant.           :
                                           :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

This Court is in receipt the parties' joint letter. (ECF No. 17.) In light of the ongoing proceedings before Judge Aaron, the status conference currently scheduled for November 13, 2025, at 10:00 a.m. is cancelled.

Dated: New York, New York
       November 12, 2025

                                        SO ORDERED.

                                        *George B Daniels* (signature)
                                        GEORGE B. DANIELS
                                        United States District Judge