UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KEISHA HOLMES                                      :
                                                   :
                              Plaintiff,           :          ORDER
                                                   :
            -against-                              :          25 Civ. 5531 (GBD)
                                                   :
SLADE ELEVATOR INC.                                :
                                                   :
                              Defendant.           :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

        In light of the ongoing proceedings before Judge Aaron, the pretrial conference currently

scheduled for February 19, 2026, at 10:00 a.m. is cancelled.


Dated: New York, New York
       February 17, 2026

                                                   SO ORDERED.

                                                   _George B. Daniels_
                                                   GEORGE B. DANIELS
                                                   United States District Judge