**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Keisha Holmes,<br><br>                       **Plaintiff,**<br><br>       -against-<br><br>Slade Elevator Inc.,<br><br>                **Defendant.** | **1:25-cv-05531 (GBD) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on June 9, 2026. (*See* 4/7/26 Order, ECF No. 33.) It is hereby ORDERED that, no later than June 17, 2026, the parties shall file a joint letter indicating whether they would like to participate in a settlement conference before the undersigned. If so, the parties shall provide at least four mutually agreeable dates when all parties and counsel are available for a settlement conference. The parties also should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated:       New York, New York
              June 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge