**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEISHA HOLMES

Plaintiff,

-against-

SLADE ELEVATOR INC.,

Defendant.

ORDER

25 Civ. 5531 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that a settlement in principal was reached during the court-ordered settlement conference, (*see* ECF No. 36,) the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: July 30, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge